UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CHRISTOPHER MCCLURE,<br>    Plaintiff,<br><br>vs.<br><br>CITY OF CRAWFORDSVILLE,<br>    Defendant. | 1:10-cv-00822-LJM-TAB |

### ENTRY OF JUDGMENT

Through an order dated December 2, 2010, the Court granted defendant's, City of Crawfordsville, Motion to Reconsider, and dismissed all of plaintiff's, Christopher McClure's, claims. Plaintiff shall take nothing by way of his complaint.

DATED this 2nd day of December, 2010.

                                                                  LARRY J. McKINNEY, JUDGE
                                                                  United States District Court
                                                                  Southern District of Indiana

LAURA A. BRIGGS, CLERK
United States District Court
Southern District of Indiana

By: _____
     Deputy Clerk

Distribution attached.

Distribution to:

James E. Ayers
WERNLE RISTINE & AYERS
ayersj@wralaw.com

James S. Stephenson
STEPHENSON MOROW & SEMLER
jstephenson@stephlaw.com

Ian L. Stewart
STEPHENSON MOROW & SEMLER
istewart@stephlaw.com